No. 02–102. LAWRENCE ET AL. *v.* TEXAS. Ct. App. Tex., 14th Dist. Motion of Pro Family Law Center for leave to file a brief as *amicus curiae* granted. Certiorari granted. 

No. 02–516. GRATZ ET AL. *v.* BOLLINGER ET AL. C. A. 6th Cir. Certiorari before judgment granted limited to Question 1 presented by the petition.

No. 01–1831. DOREL JUVENILE GROUP, INC. *v.* KOHUS. C. A. Fed. Cir. Certiorari denied. 

No. 01–1882. CITY OF LONG BEACH, CALIFORNIA *v.* FAIRLEY. C. A. 9th Cir. Certiorari denied. 

No. 01–9994. LYON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–11031. DAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–126. WHITMORE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–145. COOPER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–167. LYN-LEA TRAVEL CORP., DBA FIRST CLASS INTERNATIONAL TRAVEL MANAGEMENT *v.* AMERICAN AIRLINES, INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–185. RHEAMS ET AL. *v.* MARLER ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–228. ENRIGHT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.